**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gerardo Alcala

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. Cr.S-10-395 LKK |
| Plaintiff | ) | |
| | ) | MODIFIED |
| vs. | ) | STIPULATION CONTINUING STATUS |
| | ) | CONFERANCE |
| GERARDO ALCALA, | ) | |
| Alfredo DELTORO | ) | ORDER |
| LUIS EDUARDO SANCHEZ | ) | |
| SEAN BLACKWELL | ) | |
| JERON WELLS | ) | |
| DAVID AVILAS-SANDOVAL | ) | |
| GABRIEL GARCIA | ) | |
| GREGORY TELLEZ | ) | |
| TOMAS SOTELO | ) | |
| SEARCY ANDREWS | ) | |
| | ) | |
| DefendantS | ) | |
| | ) | |

IT IS HEREBY stipulated between the United States of

America through its undersigned counsel, together with counsel

for all named defendants in the above referenced matter that the

status conference presently set for December 20, 2011 be

continued to March 27, 2012, at 9:15 a.m., thus vacating the

presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(8)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of new the status conference, March 27, 2012.

This continuance is requested because this is a wire-tap case, the large number of defendants and the amount of discovery. The audio files numbering in excess of 2,000 calls and related summaries of those calls were received in discovery in May of 2011. Thereafter, on December 9, 2011, the government provided the pen-register data identifying 140,000 calls (the government's count) between the various participants. In addition, on December 14, 2011 defense counsel met with the government and reviewed exhibits seized from various locations during the investigation of this matter pursuant to search warrant.  The government has agreed to copy many of the exhibits and all of the photographs in this matter in addition to a surveillance video. In addition, the government has agreed to provide copies of the search warrants for the various properties, applications, and supporting statements of probable cause for each, as well as the search warrant returns for each. The government has also agreed to provide all wire-tap applications, orders and related documents.

All of the forgoing supports the complex nature of the case and the need for time for all counsel to effectively prepare. It is agreed as well that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

Respectfully submitted,

BENJAMINE B. WAGNER
UNITED STATES ATTORNEY

DATED: 12/15/11   /s/ TODD LERAS
            Todd Leras
            Assistant United States Attorney

DATED: 12/15/11   /s/ MICHAEL B. BIGELOW
            Michael B. Bigelow
            Attorney for Gerardo Alcala

DATED: 12/15/11   /s/ CARO MARKS
            Caro Marks
            Attorney for Alfred del Toro

DATED: 12/15/11   /s/ PHIL COZENS
            Phil Cozens
            Attorney for Luis Sanchez

DATED: 12/15/11   /s/ SCOTT TEDMON
            Scott Tedmon
            Attorney for Sean Blackwell

DATED: 12/15/11   /s/ MICHAEL CHASTAINE
            Michael Chastaine
            Attorney for Jerome Wells

DATED: 12/15/11                    /s/ MICHAEL HANSEN
                                   Michael Hansen
                                   Attorney for David Avila-Sandoval


DATED: 12/15/11                    /s/ CHRISTOPHER COSCA
                                   Christopher Cosca
                                   Attorney for Gabriel Garcia


DATED: 12/15/11                    /s/ DANNY BRACE
                                   Danny Brace
                                   Attorney for Gregorio Tellez


DATED: 12/15/11                    /s/ KYLE KNAPP
                                   Kyle Knapp
                                   Attorney for Thomas Sotelo


DATED: 12/15/11                    /s/ ERIN RADEKIN
                                   Erin Radekin
                                   Attorney for Searcy Andrews


**ORDER**

**IT IS ORDERED THAT:** Pursuant to stipulation by all parties

the Status Conference in the above referenced matter, presently

set for December 20, 2011 is rescheduled for March 27, 2012 at

9:15 AM. It is also agreed by the parties that time should be

excluded for continuity of counsel and reasonable time for

effective preparation and complexity within the meaning of the

-4-

Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4, from the date of the filing of the order until the date of new the status conference, March 27, 2012.

The Court specifically finds that the number of defendants and the amount of discovery in this wire-tap case, with audio files numbering approximately 2,000 and related transcripts, supports the complex nature of the case and the need for time for all counsel to effectively prepare. The Court also finds that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

**IT IS SO ORDERED**

DATED: December 16, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT