| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
| | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
| | Attorney for Defendant |
| 5 | ISRAEL DEL TORO LOZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-395 LKK |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| ISRAEL DEL TORO LOZA, | DATE:   December 20, 2011 |
| | TIME:   9:15 a.m. |
| Defendant. | JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ISRAEL DEL TORO LOZA, that the status conference scheduled for December 20, 2011, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on March 27, 2012, at 9:15 a.m. for further status conference.

A separate stipulation and proposed order as to the other defendants has been filed for the court's consideration (Document 137), requesting a continuance to March 27, 2012, and is incorporated herein by reference.  This request for a continuance is due to the substantial volume of discovery recently turned over to defense counsel, which will require additional time to review, and also in light of the anticipated additional discovery expected to be turned over to the defense.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: December 16, 2011

/S/     Todd Leras
TODD LERAS
Attorney for Plaintiff

/S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Israel Del Toro Loza

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for December 20, 2011, at 9:15 a.m., be vacated and the matter continued to March 27, 2012, at 9:15 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: December 19, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT