```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ALFREDO DELTORO,<br>LUIS EDWARD SANCHEZ,<br>SEAN BLACKWELL,<br>JERONE BRYANT WELLS,<br>DAVID AVILA-SANDOVAL,<br>GABRIEL FERNANDO GARCIA,<br>GREGORIO TELLEZ,<br>GERARDO, ALCALA,<br>ISRAEL DELTORO-LOZA,<br>TOMAS SOTELO, SR., and<br>SEARCY ANDREWS,<br><br>      Defendants. | CR. S-10-395 LKK<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT ALCALA'S MOTION TO SEVER |

Plaintiff United States of America and defendants Alfredo Deltoro, Luis Sanchez, Sean Blackwell, Jerone Wells, David Avila-Sandoval, Gabriel Garcia, Gregorio Tellez, Israel Deltoro-Loza, Tomas Sotelo, Sr., and Searcy Andrews, through their respective counsel, stipulate and agree to continue hearing on Defendant Gerardo Alcala's Motion to Sever to May 1, 2012.

1

1 | The matter is currently set for hearing on April 24, 2012, at 9:15 a.m. The prosecutor and counsel for David Avila-Sandoval, Michael Hansen, are currently in separate trials. The motion to sever raises important potential issues regarding division of the case into smaller components for purpose of setting trial. Based on the government's request to set a trial with an initial group including defendant Avila-Sandoval, Mr. Hansen believes it is necessary for him to be present for hearing on the motion.

Additionally, the parties agree that the additional week shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) - Local Code E - pending motion. The parties agree to exclusion of time for the reasons stated above from April 24, 2012, up to and including May 1, 2012. Attorneys for all defendants have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation for them.

DATED: April 20, 2012        By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney


DATED: April 20, 2012        By: /s/ Todd D. Leras for
                                 CARO MARKS
                                 Assistant Federal Defender
                                 Attorney for Defendant ALFREDO DELTORO


DATED: April 20, 2012        By: /s/ Todd D. Leras for
                                 PHIL COZENS
                                 Attorney for Defendant LUIS SANCHEZ


DATED: April 20, 2012        By: /s/ Todd D. Leras for

2

```
                                        SCOTT TEDMON
                                        Attorney for Defendant SEAN
                                        BLACKWELL

DATED: April 20, 2012           By: /s/ Todd D. Leras for
                                        MICHAEL CHASTAINE
                                        Attorney for Defendant JERONE
                                        WELLS

DATED: April 20, 2012           By: /s/ Todd D. Leras for
                                        MICHAEL HANSEN
                                        Attorney for Defendant DAVID
                                        AVILA-SANDOVAL

DATED: April 20, 2012           By: /s/ Todd D. Leras for
                                        CHRIS COSCA
                                        Attorney for Defendant GABRIEL
                                        GARCIA

DATED: April 20, 2012           By: /s/ Todd D. Leras for
                                        DANNY D. BRACE, JR.
                                        Attorney for Defendant
                                        GREGORIO TELLEZ

DATED: April 20, 2012           By: /s/ Todd D. Leras for
                                        MICHAEL BIGELOW
                                        Attorney for Defendant GERARDO
                                        ALCALA

DATED: April 20, 2012           By: /s/ Todd D. Leras for
                                        CLEMENTE JIMENEZ
                                        Attorney for Defendant ISRAEL
                                        DELTORO-LOZA

DATED: April 20, 2012           By: /s/ Todd D. Leras for
                                        KYLE KNAPP
                                        Attorney for Defendant TOMAS
                                        SOTELO, SR.

DATED: April 20, 2012           By: /s/ Todd D. Leras for
                                        ERIN RADEKIN
                                        Attorney for Defendant SEARCY
                                        ANDREWS
```

**IT IS HEREBY ORDERED**:

Based on the stipulation of the parties, it is hereby ordered that hearing on Defendant Gerardo Alcala's Motion to Sever is continued for one week to May 1, 2012. In addition, time shall be excluded under 18 U.S.C. § 3161(h)(1)(D) (Local Code E- pending motion) from April 24, 2012, up to and including May 1, 2012. The Court further finds that, based on the representation of the parties, the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. The hearing on Defendant Alcala's Motion to Sever and Further Status Conference are therefore continued to May 1, 2012, at 9:15 a.m.

Date: April 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT