```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )  CR. S-10-395 LKK
12            Plaintiff,         )
                                 )  ORDER FOLLOWING HEARING ON
13                               )  DEFENDANT ALCALA'S MOTION
        v.                       )  FOR SEVERANCE
14                               )
    ALFREDO DELTORO,             )
15  DAVID AVILA-SANDOVAL,        )
    GERARDO, ALCALA,             )
16  ISRAEL DELTORO-LOZA, and     )
    TOMAS SOTELO, SR.,           )
17                               )
              Defendants.        )
18  _____)

19

20       This matter came before the Court for status conference and

21  non-evidentiary hearing on Defendant Gerardo Alcala's Motion for

22  Severance on May 1, 2012.  The United States was represented by

23  Assistant United States Attorney Todd D. Leras.  Pursuant to

24  waivers of appearance Assistant Federal Defender Caro Marks

25  appeared for defendant Alfredo Deltoro, Attorney Christopher

26  Cosca appeared for defendant Gabriel Garcia, and Attorney Erin

27  Radekin appeared for defendant Searcy Andrews.

28       Present in court were Attorney Phillip Cozens and defendant
```

Luis Sanchez, Attorney Scott Tedmon and defendant Sean Blackwell, Attorney Michael Chastaine and defendant Jerone Wells, Attorney Michael Hansen and Defendant David Avila-Sandoval, Attorney Michael Bigelow and defendant Gerardo Alcala, Attorney Clemente Jimenez and defendant Israel Deltoro-Loza, and Attorney Kyle Knapp and defendant Tomas Sotelo, Sr.

Based on the non-appearance of Attorney Danny Brace and defendant Gregorio Tellez, the Court directed the government to contact defense counsel and instruct him that he and his client personally appear on May 2, 2012, at 10:00 a.m.

The parties informed the Court that they had agreed upon a division of the case for the purpose of setting a trial. The Court accepted the parties informal resolution, indicating that it would have denied the severance motion. The matter was scheduled for jury trial on August 28, 2012, as to Defendants Alfredo Deltoro, David Avila-Sandoval, Gerardo Alcala, Israel Deltoro-Loza, and Tomas Sotelo, Jr. A trial confirmation hearing was scheduled for August 7, 2012, at 9:15 a.m.

Counsel for these defendants requested exclusion of time up to and including the trial date for the purpose of conducting additional investigation and preparing for trial pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (attorney preparation). They further requested that time be excluded based on case complexity pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2. The government agreed to the exclusion and confirmed that the evidence is voluminous and includes calls from several wiretaps.

The Court directed the government file a formal order memorializing the proposed division of the case, jury trial date, trial confirmation hearing date and request for exclusion of time. It further directed the government file a separate order memorializing the status conference date and time exclusion request for the remaining defendants not scheduled for trial with the initial group of five defendants.

**IT IS HEREBY ORDERED**:

Based on the representations of the parties, it is hereby ordered that the matter is set for jury trial on August 28, 2012, as to Alfredo Deltoro, David Avila-Sandoval, Gerardo Alcala, Israel Deltoro-Loza, and Tomas Sotelo, Sr. A trial confirmation hearing is scheduled for August 7, 2012, at 9:15 a.m.

In addition, time shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4 - attorney preparation) and 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2 - case complexity) from May 1, 2012, up to and including August 28, 2012. The Court further finds that, based on the representation of the parties, the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.

Date: 5/3/2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT