BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-10-395 LKK |
| Plaintiff, | ORDER SETTING FURTHER STATUS CONFERENCE |
| v. | |
| LUIS EDWARD SANCHEZ, SEAN BLACKWELL, JERONE BRYAN WELLS, GABRIEL FERNANDO GARCIA, and SEARCY ANDREWS, | |
| Defendants. | |

This matter came before the Court for status conference and non-evidentiary hearing on Defendant Gerardo Alcala's Motion for Severance on May 1, 2012. The United States was represented by Assistant United States Attorney Todd D. Leras. Pursuant to waivers of appearance Assistant Federal Defender Caro Marks appeared for defendant Alfredo Deltoro, Attorney Christopher Cosca appeared for defendant Gabriel Garcia, and Attorney Erin Radekin appeared for defendant Searcy Andrews.

Present in court were Attorney Phillip Cozens and defendant Luis Sanchez, Attorney Scott Tedmon and defendant Sean Blackwell,

1

Attorney Michael Chastaine and defendant Jerone Wells, Attorney Michael Hansen and Defendant David Avila-Sandoval, Attorney Michael Bigelow and defendant Gerardo Alcala, Attorney Clemente Jimenez and defendant Israel Deltoro-Loza, and Attorney Kyle Knapp and defendant Tomas Sotelo, Sr.

Based on the non-appearance of Attorney Danny Brace and defendant Gregorio Tellez, the Court directed the government to contact defense counsel and instruct him that he and his client personally appear on May 2, 2012, at 10:00 a.m.

The parties informed the Court that they had agreed upon a division of the case for the purpose of setting a trial for five of the defendants (Deltoro, Avila-Sandoval, Alcala, Deltoro-Loza, and Sotelo). The remaining defendants, Sanchez, Blackwell, Wells, Garcia, and Andrews, requested that the matter be set for further status conference on June 19, 2012, at 9:15 a.m.

Counsel for defendants Sanchez, Blackwell, Wells, Garcia and Andrews requested exclusion of time up to and including the June 19 status conference for the purpose of conducting additional investigation and discussions with the government relevant to potential sentencing guideline calculations. The request for time exclusion was made pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (attorney preparation). The government agreed to the exclusion and confirmed that the additional investigation and resulting discussions may assist in resolving the case.

The Court directed the government to file a formal order memorializing the proposed division of the case, status conference date and request for exclusion of time.

**IT IS HEREBY ORDERED:**

Based on the representations of the parties, it is hereby ordered that the matter involving Luis Sanchez, Sean Blackwell, Jerone Wells, Gabriel Garcia, and Searcy Andrews, is set for status conference on June 19, 2012, at 9:15 a.m.

In addition, time shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4 - attorney preparation) up to and including June 19, 2012. The Court further finds that, based on the representation of the parties, the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.

Date: 5/3/2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT