```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. S-10-395 LKK
12            Plaintiff,         )
                                 )   ORDER SETTING FURTHER STATUS
13                               )   CONFERENCE FOR DEFENDANT TELLEZ
                                 )
14  GREGORIO TELLEZ,             )
                                 )
15            Defendant.         )
                                 )
16
17       This matter came before the Court for status conference and
18  non-evidentiary hearing on Defendant Gerardo Alcala's Motion for
19  Severance on May 1, 2012.  Based on the non-appearance of
20  Attorney Danny Brace and defendant Gregorio Tellez, the Court
21  directed the government to contact defense counsel and instruct
22  him that he and his client personally appear on May 2, 2012, at
23  10:00 a.m.
24       On May 2, 2012, Attorney Brace and defendant Tellez
25  appeared.  The government was represented by Assistant United
26  States Attorney Todd Leras.  Attorney Brace explained that a
27  calendaring error caused both he and his client to believe this
28  matter had been re-scheduled for May 15.
                                    1
```

Defendant Tellez joined in the request of defendants Luis Sanchez, Sean Blackwell, Jerone Wells, Gabriel Garcia, and Searcy Andrews, to set a further status conference on June 19, 2012, at 9:15 a.m.  Counsel for defendants Sanchez, Blackwell, Wells, Garcia and Andrews had previously requested exclusion of time up to and including the June 19 status conference for the purpose of conducting additional investigation and discussions with the government relevant to potential sentencing guideline calculations.  The request for time exclusion was made pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (attorney preparation).  The government agreed to the exclusion and confirmed that the additional investigation and resulting discussions may assist in resolving the case.  An exclusion of time for defendant Tellez is therefore appropriate for the same reasons stated by counsel for the remaining defendants.

**IT IS HEREBY ORDERED:**

Based on the representations of the parties, it is hereby ordered that the matter involving Gregorio Tellez is set for status conference on June 19, 2012, at 9:15 a.m.

In addition, time shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4 - attorney preparation) up to and including June 19, 2012. The Court further finds that, based on the representation of the parties, the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.

Date: 5/3/2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT