**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SEARCY ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00395 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| SEARCY ANDREWS, | |
| Defendant. | Judge: Hon. Gregory G. Hollows |

On September 9, 2010, Searcy Andrews was ordered released with conditions that he participate in the Effort residential drug treatment program and, upon completion of the Effort, participate in a program of home confinement, electronic monitoring, and counseling, among other conditions. *See* Docket No. 57. The conditions of his release were again amended on January 27, 2012; conditions 13 and 15 regarding electronic monitoring and a curfew were removed.

At this time the parties, with the full agreement of pretrial services, are requesting that special condition 12, which requires that Mr. Andrews attend counseling, be removed. All other conditions will remain in place and he will continue on pre-trial supervision. Attached hereto are the new 3rd Amended Conditions as proposed by the pretrial services officer and the parties.

The parties and pretrial services feel that this action is appropriate at this time since Mr.

1  Andrews has completed residential treatment at the Effort and has been fully compliant with all
2  conditions of his release so far. The Court is advised that attorney for the United States in this
3  action, Assistant United States Attorney Todd Leras, has been apprised of this request and provided
4  with a copy of the attached amended conditions, and has indicated that he has no objection to such
5  modifications to the conditions of Mr. Andrews' release.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: June 28, 2012  BENJAMIN WAGNER
United States Attorney

By: /s/ Todd Leras
TODD LERAS
Assistant United States Attorney

Dated: June 28, 2012  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SEARCY ANDREWS

**ORDER**

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Mr. Andrews' release are hereby modified pursuant to 18 U.S.C. § 3145(a). The new conditions of release are those set forth in the 3rd Amended Special Conditions of Release attached hereto.

Dated: July 2, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1)     **3rd AMENDED Special Conditions of Release**

                                          **Re: Andrews, Searcy**
                                          **Doc. No.: 2:10-CR-0395-LKK-11**

1) You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2) You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3) You shall abstain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

4) You shall submit to drug or alcohol testing as approved by the pretrial services officer;

5) You shall reside at a residence approved by Pretrial Services and you shall not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

6) You shall cooperate in the collection of a DNA sample;

7) Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

8) You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

9) You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer once you complete the residential program;

10) You shall not associate or have any contact with the co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11) You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and

**June 12, 2012**

-1-