```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-10-395 LKK |
| Plaintiff, ) | |
| ) | ORDER VACATING TRIAL DATE AND |
| ) | SETTING STATUS CONFERENCE |
| v. ) | |
| ) | |
| ALFREDO DELTORO, DAVID ) | |
| AVILA SANDOVAL, GERARDO ) | |
| ALCALA, ISRAEL DELTORO-LOZA, ) | |
| and TOMAS SOTELO, ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court for a trial confirmation hearing on August 7, 2012, at 9:15 a.m. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendants were personally present. Assistant Federal Defender Caro Marks appeared for Defendant Alfredo Deltoro, Attorney Michael Hansen appeared for Defendant Avila-Sandoval, Attorney Michael Bigelow appeared for Defendant Alcala, Attorney Kyle Knapp appeared for Defendant Sotelo and also appeared on behalf of Attorney Clemente Jimenez for Defendant Israel Deltoro-Loza, with Defendant Deltoro-Loza's permission.

The parties informed the Court that they desired to vacate the trial date based on settlement discussions and the need for potential replacement of Caro Marks as counsel of record for Defendant Alfredo Deltoro in light of her resignation from the Federal Defender's Office. All defendants agreed to vacate the August 28 trial date and set a status conference in its place on August 28, 2012, at 9:15 a.m.

The Court ordered the August 28 trial date vacated and a status conference set for August 28, 2012, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. The trial date of August 28 is vacated;

2. A status conference is set for August 28, 2012, at 9:15 a.m.; and

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through August 28, 2012.

IT IS SO ORDERED

Date: August 24, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT