Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
DAVID AVILA-SANDOVAL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALFREDO DELTORO, et al.<br><br>    Defendants. | No. 2:10-CR-00395 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant David Avila-Sandoval; Clemente Jimenez, attorney for defendant Israel del Toro-Loza; and Kyle Knapp, attorney for defendant Tomas Sotelo, Sr., that the previously-scheduled status conference date of October 2, 2012, be vacated and the matter set for status conference on October 30, 2012, at 9:15 a.m.

This continuance is requested to allow counsel additional time to negotiate plea agreements.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

1

**Stipulation and Order to Continue Status Conference**

Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, September 28, 2012, to and including October 30, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 28, 2012  Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
David Avila-Sandoval

Dated: September 28, 2012  /s/ Michael E. Hansen for
CLEMENTE JIMENEZ
Attorney for Defendant
Israel del Toro-Loza

Dated: September 28, 2012  /s/ Michael E. Hansen for
KYLE KNAPP
Attorney for Defendant
Tomas Sotelo, Sr.

Dated: September 28, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**Stipulation and Order to Continue Status Conference**

1   The Court orders that the time from the date of the parties' stipulation, September 28, 2012, to and including October 30, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the October 2, 2012, status conference shall be continued until October 30, 2012, at 9:15 a.m.

  **IT IS SO ORDERED**.

Dated: September 28, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**