```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918

 5

 6

 7

 8           IN THE UNITED STATES DISTRICT COURT FOR THE

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )  CR. S-10-395 LKK
12          Plaintiff,             )
                                   )  STIPULATION AND
13                                 )  ORDER CONTINUING STATUS
         v.                        )  CONFERENCE
14                                 )
    DAVID AVILA SANDOVAL,          )
15  ISRAEL DELTORO-LOZA,           )
    and TOMAS SOTELO,              )
16                                 )
            Defendants.            )
17  _____)

18
```

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael Hansen on behalf of Defendant David Avila-Sandoval, Attorney Kyle Knapp on behalf of Defendant Tomas Sotelo, and Attorney Clemente Jimenez on behalf of Defendant Israel Deltoro-Loza, that the status conference scheduled for October 30, 2012, be continued to December 4, 2012, at 9:15 a.m.

The parties are continuing to work toward resolution of the case and need additional time to discuss revisions to pending or

1

proposed plea agreements and the potential guidelines applicable to each defendant. To accomplish this process all parties are continuing with investigation in this case, which involves three separate rounds of wiretap interceptions containing voluminous telephone calls and transcripts. All parties therefore request to continue the status conference to December 4, 2012. For the above-stated reasons, the parties stipulate that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). Defense counsel have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: October 26, 2012     By: /s/ Todd D. Leras
                                TODD D. LERAS
                                Assistant U.S. Attorney

DATED: October 26, 2012     By: /s/ Todd D. Leras for
                                MICHAEL HANSEN
                                Attorney for Defendant DAVID
                                AVILA SANDOVAL

DATED: October 26, 2012     By: /s/ Todd D. Leras for
                                CLEMENTE JIMENEZ
                                Attorney for Defendant ISRAEL
                                DELTORO-LOZA

DATED: October 26, 2012     By: /s/ Todd D. Leras for
                                KYLE KNAPP
                                Attorney for Defendant TOMAS
                                SOTELO

2

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for December 4, 2012, at 9:15 a.m., as to Defendants Deltoro-Loza, Avila Sandoval, and Sotelo;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including December 4, 2012.

IT IS SO ORDERED

Date: October 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT