BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID AVILA SANDOVAL,<br>and TOMAS SOTELO,<br><br>    Defendants. | CR. S-10-395 LKK<br><br>ORDER FOLLOWING<br>STATUS CONFERENCE |

This matter came before the Court for a status conference on April 9, 2013, at 9:15 a.m. Assistant United States Attorney Todd D. Leras represented the government. Attorney Michael Hansen appeared on behalf of Defendant David Avila Sandoval, who was present and in custody. Attorney Kyle Knapp appeared on behalf of Defendant Tomas Sotelo, who was personally present.

The parties informed the Court that they are continuing to work toward resolution of the case and need additional time to discuss revisions to pending or proposed plea agreements and to exchange investigative materials related to the potential

1

guidelines applicable to each defendant. All parties therefore requested to continue the status conference to May 7, 2013. For the above-stated reasons, the parties requested that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel) up to and including May 7, 2013. The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for May 7, 2013, at 9:15 a.m., as to Defendants Avila Sandoval, and Sotelo;

2. Based on the representation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including May 7, 2013.

IT IS SO ORDERED

Date: April 9, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT