```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                )  CR. S-10-395 LKK
12         Plaintiff,            )
                                )  ORDER CONTINUING STATUS
13                              )  CONFERENCE
         v.                     )
14                              )
    JERONE WELLS,               )
15                              )
           Defendant.           )
16  _____)
17
```

18      This matter came before the Court for a status conference/
19 potential change of plea hearing on April 9, 2013, at 1:30 p.m.
20 The United States was represented by Assistant United States
21 Attorney Todd D. Leras.  Defendant Jerone Wells was personally
22 present and represented by Attorney Michael Chastaine.
23      The parties informed the Court that the government had
24 provided a Plea Agreement proposing resolution of the matter as
25 to Mr. Wells, but defense counsel needed additional time to
26 review it.  Mr. Chastaine requested that the status conference be
27 continued to April 23, 2013, at 9:15 a.m., to afford him an
28 opportunity to discuss the Plea Agreement with Mr. Wells.  The

1

government had no opposition to the request.

Based on the representations of the parties, the Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference/potential change of plea hearing in this matter is set for April 23, 2013, at 9:15 a.m.; and

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through April 23, 2013.

IT IS SO ORDERED

Date: April 11, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT