BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-10-395 LKK |
| Plaintiff, | |
| | ORDER FOLLOWING |
| v. | STATUS CONFERENCE |
| ISRAEL DELTORO-LOZA, | |
| Defendant. | |

This matter came before the Court for a status conference on April 30, 2013, at 9:15 a.m.  Assistant United States Attorney Todd D. Leras represented the government.  Attorney Clemente Jimenez appeared on behalf of Defendant Israel Deltoro-Loza, who was present and in custody.

Defense counsel informed the Court that he needs additional time to review the case, including consultation with an expert, and to discuss a proposed resolution with his client.  Defense counsel requested to continue the status conference to June 18, 2013.  The government agreed to the request, and noted that the

1

parties had just received a criminal history assessment from the Probation Department which impacts the terms of a proposed Plea Agreement.

For the above-stated reasons, the parties requested that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel) up to and including June 18, 2013. The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for June 18, 2013, at 9:15 a.m.;

2. Based on the representation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including June 18, 2013.

IT IS SO ORDERED

Date: May 2, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT