```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-10-395 LKK |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| DAVID AVILA-SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for a status conference/ potential change of plea hearing on May 7, 2013. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendant David Avila-Sandoval was in custody and personally present and represented by Attorney Michael Hansen.

The parties informed the Court that the parties had noticed an error in the guideline estimates in the pending Plea Agreement. Defense counsel needed additional time to review a corrected version of the Plea Agreement with his client. Mr. Hansen therefore requested that the status conference be continued to May 21, 2013, at 9:15 a.m. The government joined

1

in the request.

Based on the representations of the parties, the Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference/potential change of plea hearing in this matter is set for May 21, 2013, at 9:15 a.m.; and

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 21, 2013.

IT IS SO ORDERED

Date: May 8, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT