BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-10-395 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LUIS EDWARD SANCHEZ, GABRIEL FERNANDO GARCIA, GREGORIO TELLEZ, and SEARCY ANDREWS, | |
| Defendants. | |

Plaintiff United States of America and defendants Luis Sanchez, Gabriel Garcia, Gregorio Tellez, and Searcy Andrews, through their respective counsel, stipulate and agree to continue the status conference in this matter from May 14, 2013 to June 11, 2013.

The case results from a lengthy wiretap investigation into distribution of controlled substances.  The wiretaps involved a voluminous number of telephone calls.  A total of eleven defendants were charged in the Indictment.  Four of those

defendants have either been sentenced or are pending sentencing hearings.  The remaining defendants are conducting investigation which, among other things, impacts the potential guidelines applicable in the event the matter is resolved through changes of plea.

Based on the time needed to complete the ongoing investigation of the matters mentioned above, the parties agree to an exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 (attorney preparation and continuity of counsel) up to and including June 11, 2013.  Attorneys for all defendants have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation for them.

DATED: May 10, 2013                By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: May 10, 2013                By: /s/ Todd D. Leras for
                                   ANTHONY PALIK
                                   Attorney for Defendant LUIS
                                   SANCHEZ

DATED: May 10, 2013                By: /s/ Todd D. Leras for
                                   CHRIS COSCA
                                   Attorney for Defendant GABRIEL
                                   GARCIA

DATED: May 10, 2013                By: /s/ Todd D. Leras for
                                   DANNY D. BRACE, JR.
                                   Attorney for Defendant
                                   GREGORIO TELLEZ

//
//
//
//
//

DATED: May 10, 2013                By: /s/ Todd D. Leras for

ERIN RADEKIN
                                    Attorney for Defendant SEARCY
                                    ANDREWS

**IT IS HEREBY ORDERED**:

Based on the stipulation of the parties, it is hereby ordered that the status conference in this matter is continued to June 11, 2013, at 9:15 a.m.  In addition, time shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 (attorney preparation and continuity of counsel) up to and including June 11, 2013.  The Court further finds that, based on the representation of the parties, the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.

Date: May 13, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT