Anthony J. Palik (SBN 190971)
Attorney at Law
455 Capitol Mall, Suite 231
Sacramento, CA  95814
Ph.:   (877) 946-6692
Fax:  (888) 487-6105

Attorney for Defendant Luis Sanchez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   2:10-cr-00395-LKK-2 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v.   ) | |
| ) | |
| LUIS EDUARDO SANCHEZ, ) | |
| ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| _____ ) | |

ORDER

On June 12, 2013, ANTHONY J. PALIK, counsel for LUIS EDUARDO SANCHEZ, a defendant in the above-entitled action, made an *ex parte* request for an order waiving the defendant's personal appearance at a continued status conference in this case, to be held on June 18, 2013, at 9:15 a.m., in courtroom 4, on the fifteenth floor of the United States Federal Courthouse, located at 501 I Street, in Sacramento, California.  Based on the pleadings filed herein, the Court's file, and the *ex parte* motion and supporting documents filed herewith,

IT IS HEREBY ORDERED THAT,

The personal appearance of the defendant LUIS EDUARDO SANCHEZ is waived for the June 18, 2013 status hearing.

**Order Ex Parte Motion to Waive Defendant's Apperance**
**United States of America v. Luis Eduardo Sanchez, Case No. 2:10-cr-00395-LKK-2**

1    IT IS FURTHER ORDERED THAT,

2    The aforementioned status conference of June 18, 2013, is hereby confirmed.

3

4

5    SO ORDERED,

6    Dated: June 14, 2013

7

8    _____

9    LAWRENCE K. KARLTON
     SENIOR JUDGE
10   UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Order Ex Parte Motion to Waive Defendant's Apperance**
**United States of America v. Luis Eduardo Sanchez, Case No. 2:10-cr-00395-LKK-2**