```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-10-395 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| LUIS SANCHEZ, and ISRAEL ) | |
| DELTORO-LOZA, ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court for a status conference on June 18, 2013, at 9:15 a.m. The United States was represented by Assistant United States Attorney Todd D. Leras. Attorney Anthony Palik appeared on behalf of Defendant Luis Sanchez pursuant to a written waiver of appearance. Defendant Israel Deltoro-Loza appeared in custody, assisted by the Spanish interpreter, and was represented by Attorney Clemente Jimenez.

The parties informed the Court that the status of resolution discussions as to both defendants required the setting of separate dates for status conference/potential change of plea hearings. Attorney Clemente Jimenez requested to continue

1

Defendant Deltoro-Loza's matter to June 25, 2013, representing that he needed additional time to discuss changes in a pending written Plea Agreement with government counsel and his client. Attorney Anthony Palik requested to set Defendant Luis Sanchez's matter on July 9, 2013, informing the Court that the additional time was needed to discuss a potential negotiated resolution of the case as to Mr. Sanchez. The government concurred with the request to set the matters on the requested dates.

Based on the representations of the parties, the Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel) to the respective dates requested by counsel for each Defendant. The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference/potential change of plea hearing as to Defendant Deltoro-Loza is set for June 25, 2013, at 9:15 a.m.;

2. A status conference for Defendant Sanchez is set for July 9, 2013, at 9:15 a.m.; and

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded as to Defendant Deltoro-Loza through June 25, 2013, and as to Defendant Sanchez through July 9, 2013.

IT IS SO ORDERED

Date: June 24, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT