```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  CR. S-10-395 LKK
12            Plaintiff,           )
                                   )  ORDER FOLLOWING
13                                 )  STATUS CONFERENCE
          v.                       )
14                                 )
    LUIS EDWARD SANCHEZ,           )
15  GABRIEL FERNANDO GARCIA,       )
    GREGORIO TELLEZ,               )
16  and SEARCY ANDREWS,            )
                                   )
17            Defendants.          )
                                   )
18  ─────────────────────────────
19
20       This matter came before the Court for a status conference on
21  July 9, 2013, at 9:15 a.m.  Assistant United States Attorney Todd
22  D. Leras represented the government.  Attorney Chris Cosca
23  appeared on behalf of Defendant Gabriel Garcia pursuant to a
24  written waiver of appearance.  Attorney Erin Radekin appeared on
25  behalf of Defendant Searcy Andrews pursuant to a written waiver
26  of appearance.  Attorney Danny Brace appeared on behalf of
27  Defendant Gregorio Tellez pursuant to a written waiver of
28  appearance.  Attorney Anthony Palik appeared on behalf of
```

1

Defendant Luis Sanchez, who was personally present and out of custody.

Attorney Palik requested permission to waive Defendant Luis Sanchez's personal presence at future hearings pursuant to a written waiver of appearance filed before a hearing on this matter on June 18, 2013. The Court inquired if the request was acceptable to Mr. Sanchez. Mr. Sanchez consented to allow his counsel to appear on his behalf unless his personal presence was necessary.

The parties informed the Court that they are conducting additional investigation and exchanging information related to potential resolution of this wiretap case. On that basis, all parties requested that the status conference be continued to August 13, 2013, at 9:15 a.m. They further requested an exclusion of time to that date for attorney preparation and continuity of counsel. The government joined in the exclusion request. The Court directed government counsel to prepare a formal order regarding the proceedings.

1  **IT IS HEREBY ORDERED**:
2      1.   A status conference in this matter is set for August
3  13, 2013, at 9:15 a.m.; and
4      2.   Based on the representation of the parties, the Court
5  finds that the ends of justice outweigh the best interest of the
6  public and Defendants in a speedy trial.  Accordingly, time under
7  the Speedy Trial Act shall be excluded under 18 U.S.C. §
8  3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel and
9  reasonable time to prepare) up to and including August 13, 2013.
10     IT IS SO ORDERED

Date: July 18, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT